IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS LAVON WRIGHT                                                           PETITIONER
ADC #122117
v.                          Case No. 5:10CV00344-JMM-JTK

RAY HOBBS, *Director*                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

The Clerk is instructed to serve a copy of the petition and this Order on the Respondent and Attorney General by regular mail.

The Court directs the Respondent to file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE