# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| MARCUS LAVON WRIGHT<br>ADC # 122117<br>    Petitioner,<br><br>v.<br><br>RAY HOBBS, Director, Arkansas<br>Department of Correction<br>    Respondent. | **Case No. 5:10-CV-00344 JMM-JTK** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 18th day of May, 2012.

_____
James M. Moody
United States District Judge