## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| MARCUS LAVON WRIGHT ) <br> ADC # 122117 ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> RAY HOBBS, Director, Arkansas ) <br> Department of Correction ) <br>    Respondent. ) | **Case No. 5:10-CV-00344 JMM-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 18th day of May, 2012.

_____
James M. Moody
United States District Judge